UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MAURICE MCWILLIAMS,

    Plaintiff,

v.                                      Case No. 5:24-cv-84-TKW-MJF

P. MURPHY

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 20). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §§1915(e)(2)(B) and 1915A(b) for failure to state a claim on which relief can be granted. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** under 28 U.S.C. §§1915(e)(2)(B) and 1915A(b) for failure to state a claim on which relief can be granted.

      3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 21st day of July, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**